LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
ANTHONY SANTINO MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2: 13-CR-0056 TLN |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| vs. | ) |
| ANTHONY SANTINO MORENO, | ) |
| Defendant. | ) |

**Stipulation**

The parties, through their undersigned counsel, stipulate that the judgment and sentencing hearing currently scheduled for June 20, 2013 be continued to August 8, 2013 at 9:30 a.m. The parties require additional time to prepare and develop facts relevant to judgment and sentencing herein.

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

///

////

Respectfully submitted,

Dated:  June 18, 2013                /s/ Chris Cosca
                                     CHRIS COSCA
                                     Attorney for Defendant


Dated:  June 18, 2013                 /s/ Chris Cosca for
                                     JARED DOLAN
                                     Assistant US Attorney
                                     Attorney for Plaintiff

## **ORDER**

Good cause appearing,

The judgment and sentencing hearing currently scheduled for June 20, 2013 is continued to August 8, 2013 at 9:30 a.m.

Dated:  June 19, 2013

                                            Troy L. Nunley
                                            United States District Judge