1  LAW OFFICES OF CHRIS COSCA
   CHRIS COSCA      CA SBN 144546
2   1007 7th Street, Suite 210
   Sacramento, CA 95814
3  (916) 440-1010

4  Attorney for Defendant
   ANTHONY SANTINO MORENO

5

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,          )  2: 13-CR-0056 TLN
                                       )
13              Plaintiff,             )  **STIPULATION AND ORDER TO**
                                       )  **CONTINUE JUDGMENT AND**
14         vs.                         )  **SENTENCING**
                                       )
15  ANTHONY SANTINO MORENO,            )
                                       )
16                                     )
                                       )
17              Defendant.             )
                                       )
18  _____)

19                        **Stipulation**

20         The parties, through their undersigned counsel, stipulate that the judgment and

21  sentencing hearing currently scheduled for June 20, 2013 be continued to August 8, 2013 at

22  9:30 a.m. The parties require additional time to prepare and develop facts relevant to judgment

23  and sentencing herein.

24         The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

25
26  ///

27  ////

28

                          STIP AND ORDER CON'T J&S
                            USA v. MORENO

1

                                          Respectfully submitted,

2

3

Dated:  June 18, 2013                /s/ Chris Cosca_____

4                                          CHRIS COSCA
                                          Attorney for Defendant
5

6

7    Dated:  June 18, 2013                 /s/ Chris Cosca for_____

8                                          JARED DOLAN
                                          Assistant US Attorney
9                                          Attorney for Plaintiff

10

11                                  **ORDER**

12   Good cause appearing,

13          The judgment and sentencing hearing currently scheduled for June 20, 2013 is

14   continued to August 8, 2013 at 9:30 a.m.

15

16

17

18   Dated:  June 19, 2013

19

20

21

22

23                                  Troy L. Nunley
                                   United States District Judge
24

25

26

27

28

                            STIP AND ORDER CON'T J&S
                                  USA v. MORENO