UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY SANTINO MORENO,<br><br>Defendant. | No.  2:13-cr-00056-TLN<br><br>**ORDER** |

On February 19, 2016, Defendant Anthony Santino Moreno ("Defendant"), a federal prisoner proceeding pro se, filed a motion seeking a recommendation from this Court to the Bureau of Prisons ("BOP") that Defendant be considered for five months of halfway house placement.  (ECF No. 81.)  Under 18 U.S.C. § 3621, the BOP has discretionary authority to consider community confinement or other pre-release alternatives.  *Rodriguez v. Smith*, 541 F.3d 1180, 1184 (9th Cir. 2008).  While the statute indicates that the BOP may consider "any statement by the court that imposed the sentence," the BOP does not require such a statement to proceed with its placement decisions.  18 U.S.C. § 3621.  Therefore, the Court declines to offer a recommendation to the BOP regarding Defendant and defers to the BOP's discretion in

determining Defendant's placement for the duration of his sentence.  For these reasons, Defendant's request for a recommendation is hereby DENIED.

Dated: May 24, 2016

Troy L. Nunley
United States District Judge